## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff/counter-defendant, | )<br>) |
| v. | ) Case No: 2:21-cv-01148-JCH JHR<br>) |
| BOBYLANDIA, LLC, ROBERTO ASSAEL, GUILLERMO GARCIA, Defendants/counter-plaintiffs; and TODD LOPEZ, as CONSERVATOR for MANUEL CARRASCO-SUAREZ, and YOLANDA L. MEDINA, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### **STIPULATION FOR DISMISSAL**

The plaintiff/counter-defendant, ATAIN SPECIALTY INSURANCE COMPANY ("Atain"), and the Defendants/counter-plaintiffs' BOBYLANDIA, LLC ("Bobylandia"), ROBERTO ASSAEL ("Assael"), and GUILLERMO GARCIA ("Garcia"), and the Defendants TODD LOPEZ, as conservator for MANUEL CARRASCO-SUAREZ ("Suarez") and YOLANDA MEDINA ("Medina"), through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of all claims and counterclaims asserted in this action, with each party to bear its own attorney's fees and costs. The parties inform the Court that the underlying state court action has been dismissed, with prejudice, and accordingly there is no longer any case or controversy for this Court to consider.

Dated: August 10, 2023

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY<br><br>By: /s/ *John J. Cavo*<br>John J. Cavo<br>Kaufman Dolowich & Voluck LLP<br>30 N. LaSalle Street, Suite 1700<br>Chicago, IL  60602<br>Telephone: (312) 759-1400<br>Fax: (312) 759-0402<br>Email: jcavo@kdvlaw.com | TODD LOPEZ, conservator for MANUEL CARRASCO-SUAREZ & YOLANDA MEDINA<br><br>By: */s/ Noe Astorga-Corral (with consent)*<br>Aaron Thompson<br>Noe Astorga-Corral<br>Fadduol, Cluff, Hardy & Conaway, P.C.<br>3301 San Mateo Blvd. NE<br>Albuquerque, NM 87110<br>Telephone: (505) 243-6045<br>Fax: (505)243-6642<br>Email: athompson@fchlaw.com<br>          nastorgacorral@fchlaw.com |
| BOBYLANDIA, LLC, ROBERTO ASSAEL & GUILLERMO GARCIA<br><br>By: */s/ James M.H. Feuille (with consent)*<br>James M.H. Feuille<br>Henry Becker<br>Scott Hulse, P.C.<br>201 North Church Street, Suite 201<br>Las Cruces, NM 88001<br>Telephone: (575) 522-0765<br>Fax: (575)522-0006<br>Email: jfeu@scotthulse.com<br>          hbec@scotthulse.com | |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed with the Court using the CM/ECF system on August 10, 2023, which will provide electronic notice to each of the parties. I am further aware of any non-CM/ECF participants.

/s/ *John Cavo*
John Cavo

4877-0459-8131, v. 1